UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

American Business Forms, Inc.,

Plaintiff,

vs.

Steven G. Schultz, Gregory Sondag, Ronald Gabaldon, Cullen Fuller, Jeff Heimerdinger, and Fulcorp, Inc.,

Defendants.

Case No. 01-1133 ADM/RLE

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

The parties hereto, by and through their respective counsel of record, hereby stipulate and agree that the above-captioned action shall be dismissed, on the merits, with prejudice, and without costs to either party.

Dated: January 29TH, 2002

Joseph A. Nilan
Craighton T. Boates
U.S. Bank Place
1600 Park Building
650 Third Avenue South
Minneapolis, Minnesota 55402-4337
612/338-0755

**ATTORNEY FOR PLAINTIFF AMERICAN BUSINESS FORMS, INC.**



FEB - 4 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: January 30, 2002

Kathryn Mrkonich-Wilson (Minn. #283605)
Heather C. Sherman (Minn. #288135)
LITTLER MENDELSON, P.C.
Multifoods Tower, Suite 3110
33 South Sixth Street
Minneapolis, MN 5402-3720
Telephone: 612/630-1000
Facsimile: 612/630-9626

Linda L. Miller, Esq.
Valerie K. Sternberg, Esq.
KATTEN MUCHIN ZAVIS
525 West Monroe Street, Suite 1600
Chicago, Illinois 60661-3693
312/902-5200

**ATTORNEYS FOR DEFENDANTS STEVEN G. SCHULTZ, GREGORY SONDAG, RONALD GABALDON, CULLEN FULLER, JEFF HEIMERDINGER, AND FULCORP., INC.**

**ORDER**

Pursuant to the Stipulation of the parties as set forth above, and good cause appearing, **IT IS HEREBY ORDERED**, that this action be dismissed with prejudice, and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 4, 2002

BY THE COURT

United States District Court Judge
ANN D. MONTGOMERY